UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ABEER K. MOTAN,<br><br>    Plaintiff,<br><br>v.<br><br>DEALS-DOLLAR TREE,<br><br>    Defendant. | No. 4:15-CV-0235-JAR |

## **MEMORANDUM AND ORDER**

This matter is before the Court for purposes of case management. On February 3, 2015, Plaintiff filed an action pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5, and the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, *et seq.* Upon 28 U.S.C. § 1915(a) review, the Court found that the complaint was extremely difficult to understand and was, at times, completely incoherent. It was not possible to determine what if any claims were raised, therefore the Court directed the Plaintiff to amend her complaint to conform to the pleading standards set forth in Federal Rules of Civil Procedure 8 and 10. Plaintiff thereafter moved to disqualify the undersigned (Doc. 8) which the Court denied (Doc. 9). She then filed an amended complaint (Doc. 10) and several notices of appeal (Docs. 11-14). The Eighth Circuit disposed of the appeals (Docs. 17-21) and, upon review of the amended complaint (Doc. 10), the Court was again unable to discern a clear set of factual allegations within the body of Plaintiff's entire

amended complaint that support a legal claim. Therefore, Plaintiff was given the opportunity to file a second amended complaint within thirty days of the date of that Order (Doc. 22). The Court's order was entered on July 6, 2015. Therefore Plaintiff had until August 6, 2015 to file a second amended complaint. As of today's date, Plaintiff has not filed a second amended complaint.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED without prejudice** for want of prosecution.

A separate order of dismissal will accompany this order.

Dated this 11th day of August, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE